IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 03-CV-60626-MARRA/SELTZER

ESTHER YONG, individually and as personal )
representative of the estate of PETER CHOON )
MIN YONG, et al., )
)
                Plaintiffs )
)
vs. )
)
EMBRAER-EMPRESA BRASILEIRA DE )
AERONAUTICA, S.A., a foreign corporation for )
profit, et al. )
                Defendants. )
------------------------------------------------------------ x

## MOTION OF DEFENDANT EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA, S.A. TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1, defendant EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA, S.A. ("EMBRAER"), by and through its attorneys Law Offices of John Parsons and Condon & Forsyth, moves this Court on the basis of the accompanying Memorandum of Law and pleadings and proceedings filed herein, for an Order dismissing the above-captioned action for lack of jurisdiction under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1330, 1391(f), 1441(d) & 1602-11.

Dated:    Miami, Florida
            April 8, 2003

                                                  Respectfully submitted,

        LAW OFFICES OF JOHN R. PARSONS, P.A.

By: *[signature]*
    John R.W. Parsons, Esq.
Florida Bar No. 239674
Ingraham Building
25 S.E. Second Avenue, Suite 609
Miami, Florida 33131-1691
Tel: (305) 374-3103
Fax: (305) 377-9805

  - and –

CONDON & FORSYTH
Stephen R. Stegich, Esq.
685 Third Avenue
New York, New York 10017
Tel: (212) 490-9100
Fax: (212) 370-4487

Attorneys for Defendant
EMBRAER-EMPRESA BRASILEIRA
 DE AERONAUTICA, S.A.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th day of April, 2003, to:

Steven C. Marks, Esq.
Podhurst, Orseck, et al
City National Bank Building, 8th Floor
25 West Flagler Street
Miami, Florida 33130
Tel: (305) 358-2800
Fax:(305) 358-2382

Gerald C. Sterns, Esq.
Sterns & Walker
901 Clay Street
Oakland, CA 94607
Tel: (510) 267-0500
Fax:(510) 267-0506

LAW OFFICES OF JOHN R. W. PARSONS, P.A.

By: _____
JOHN R. W. PARSONS